[No. 10910-1-III.   Division Three.   March 5, 1992.]

FAITH THORN, ET AL, *Appellants*, v. COLUMBIA COUNTY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Columbia County, No. 90-2-00012-4, John M. Lyden, J., entered June 7, 1990. *Affirmed* by unpublished opinion

per Munson, J., concurred in by Shields, C.J., and Green, J. Pro Tem.